**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CONSORCIO CEMENTERO DEL SUR S.A.,

        Petitioner,

v.

GCC, S.A.B. de C.V., and
GCC LATINOAMERICA, S.A. de C.V.,

        Respondents.

---

Civil Action No. 26-cv-646

### ORDER GRANTING
### PETITIONER'S MOTION FOR ALTERNATE SERVICE

Petitioner's Motion for Alternate Service (ECF No. 10) in the above-captioned action is **GRANTED**.

**IT IS HEREBY ORDERED** that Petitioner Consorcio Cementero del Sur, S.A. may effect service of process on Respondents GCC, S.A.B. de C.V. and GCC LATINOAMERICA, S.A. de C.V. by serving the summons, the Petition (ECF No. 1), and the Notice of Petition (ECF No. 2) on Quinn Emanuel Urquhart & Sullivan LLP by hand delivery and email to its New York and Washington, D.C. offices, and that such service satisfies 9 U.S.C. § 12 and Rule 4(h)(1) of the Federal Rules of Civil Procedure. Moreover, service by hand delivery and email will constitute adequate service for any additional documents moving forward.

Dated:  New York, New York
        January 27, 2026

                                      _____
                                      HON. SIDNEY H. STEIN
                                      United States District Judge