**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CONSORCIO CEMENTERO DEL SUR S.A.,

Petitioner-Cross-Respondent,

v.

GCC, S.A.B. de C.V., and GCC LATINOAMÉRICA, S.A. de C.V.,

Respondents-Cross-Petitioners.

Case No.: 26-cv-00646

# ~~[PROPOSED]~~ JUDGMENT

SIDNEY H. STEIN, U.S. District Judge

In accordance with the orders filed during the pendency of the above-captioned case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons set forth in the Court's Opinion and Order dated July 23, 2026 (ECF No. 31), Final Judgment is hereby entered for Respondents-Cross-Petitioners GCC, S.A.B. de C.V., and GCC LATINOAMÉRICA, S.A. de C.V. (together, "GCC") recognizing and confirming in all respects the October 20, 2025 final arbitration award (the "Award") rendered by a tribunal in Case No. 27004/JPA/AJP convened by the International Chamber of Commerce's International Court of Arbitration (ECF No. 1-1).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that GCC's Cross-Motion to Confirm Arbitration Award (ECF No. 25) is hereby **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner-Cross-Respondent CONSORCIO CEMENTERO DEL SUR S.A.'s Petition to Vacate Arbitral Award is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner-Cross-Respondent CONSORCIO CEMENTERO DEL SUR S.A. shall pay GCC $73,745,692.91, comprised of the amount of the Award, plus interest accrued on the Award, to the date of entry of this Judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that post-judgment interest shall begin to accrue under 28 U.S.C. § 1961 from the date of the entry of this Judgment.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

Dated: August 7, 2026
New York, New York

SO ORDERED.

Sidney H. Stein, U.S.D.J.

Entered: ______________________________

Clerk of Court