UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| CONSORCIO CEMENTERO DEL SUR S.A., | : | 26-cv-646 (SHS) |
| Petitioner, | : | |
| -v- | : | ORDER |
| GCC, S.A.B. DE C.V., et al., | : | |
| Respondents. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

At the request of Respondents GCC, S.A.B. de C.V. and GCC Latinoamérica, S.A. de C.V. (ECF Doc. No. 36),

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to seal Exhibit 1 to the Declaration of David M. Orta (ECF Doc. No. 35-1); and

2. Counsel for respondents is directed to refile the correct document.

Dated: New York, New York
September 2, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.